IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARIM ABDUL ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> CAMDEN COUNTY JAIL, <br><br> Defendant. | Civil Action <br> No. 16-6011 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Karim Abdul Robinson seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    According to the application submitted by Plaintiff, his anticipated monthly income is $4,000 per month. *Id.* at 2. Accounting for the listed monthly expenses, *id.* at 4-5, Plaintiff's income as reflected by the application indicates he is able to afford the $350 filing fee and $50 administrative fee. The Court will therefore deny the application to proceed *in forma pauperis*.

    An appropriate order follows.


 October 12, 2016                    s/ Jerome B. Simandle
Date                                JEROME B. SIMANDLE
                                    Chief U.S. District Judge